UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOS AND SOFIA BAKATSAS, Plaintiffs | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-2 |
| CENTRAL MUTUAL INSURANCE COMPANY, AND PAMELA RENEE BOONE-WALKER Defendants | § § § § § | |

## NOTICE OF REMOVAL

Defendant, Central Mutual Insurance Company (hereinafter referred to as "Central"), hereby files this Notice of the Removal of this case from the 61st Judicial District Court of Harris County, Texas, to the United States District Court for the Southern District of Texas, Houston Division, pursuant to 28 U.S.C. § 1441 and 1446(b) and would show the Court as follows:

1.

Central has been sued in Cause No. 2017-79430, entitled "Christos and Sofia Bakatsas v. Central Mutual Insurance Company and Pamela Renee Boone-Skeeter", currently pending in the 61st Judicial District Court of Harris County, Texas. That lawsuit was originally filed on November 28, 2017 in the 61st Judicial District Court of Harris County, Texas.

2.

Central first received notice of Plaintiff's lawsuit when Central was served with Plaintiff's lawsuit on December 5, 2017. Central is filing this notice prior to thirty days of that date, thereby making this removal timely under 28 U.S.C. § 1446(b).

3.

At the date of commencement of this action and at all pertinent times, Plaintiffs are citizens of the State of Texas, being individuals residing and domiciled in the State of Texas.

4.

At the date of commencement of this action and at all pertinent times, the Defendants to this lawsuit are citizens of the following:

(A) Central is a citizen of the State of Ohio, being an insurance company incorporated in the State of Ohio, and having its principal place of business in the State of Ohio; and

(B) Pamela Renee Boone-Skeeter is a citizen of the State of Texas, being an individual residing and domiciled in the State of Texas.

5.

The citizenship of Pamela Renee Boone-Skeeter is not considered for jurisdictional purposes, as her joinder in this lawsuit is fraudulent, since Plaintiffs have no viable cause of action against her, nor has Plaintiffs sufficiently pled such for purposes of keeping this lawsuit from being removed to federal court. There is no sufficient factual or legal basis alleged in Plaintiffs' lawsuit that assert viable claims against Pamela Renee Boone-Skeeter so as to keep this case from being removed to federal court. This is especially the case under the pleading standard required by the Fifth Circuit in its recent opinion in *Energy Ventures Management, L.L.C. v. United Energy Group, Ltd.*, 818 F.3d 193, 200-01 (5th Cir. 2016). Further, Plaintiffs have omitted key facts in their petition which show no viable claim exists against Pamela Renee Boone-Skeeter, which would be further reason why removal of this action is proper. As no viable claims have been pled by Plaintiffs against Pamela Renee Boone-Skeeter, her citizenship would not be considered for jurisdictional purposes. Complete

diversity thus exists between Plaintiffs and the remaining Defendant, Central, such that diversity of citizenship exists in this matter.

6.

This Court has original jurisdiction of this action under 28 U.S.C. § 1332, and it may be removed to this Court by Central, pursuant to 28 U.S.C. § 1441, it being a civil action wherein the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as between citizens of different states.  This is demonstrated by Paragraph 62 of Plaintiffs' Original Petition, where Plaintiffs allege a cause of action for fraud, and seek exemplary damages for same.

7.

Copies of all the pleadings which have been filed in this action to date and which are attached as Exhibit "A" include the following:

　　a.　　Plaintiffs' Original Petition;

　　b.　　Citation served on Central;

　　c.　　Citation served on Pamela Renee Boone-Skeeter; and

　　d.　　Certified mailing and green cards to Central and Pamela Renee Boone-Skeeter.

To the best of Central's knowledge, no other pleading, process or order has been filed or served in the state court lawsuit referred to above.

Wherefore, Defendant, Central Mutual Insurance Company, prays that this action be removed to this Court from the 61st Judicial District Court of Harris County, Texas, and for further proceedings as may be necessary.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/S/Russell J. Bowman

        Russell J. Bowman, Attorney in Charge  
        Texas State Bar No. 02751550  
        Southern District Bar No. 20283  
        800 West Airport Freeway, Suite 860  
        Irving, Texas 75062  
        (214) 922-0220  
        (214) 922-0225 (FAX)  
        E-Mail: russelljbowman@sbcglobal.net  
        ATTORNEY FOR DEFENDANT  
        CENTRAL MUTUAL INS. CO.

## CERTIFICATE OF SERVICE

This is to certify that on January 2, 2018, I electronically filed the foregoing document with the clerk of court for the U. S. District Court, Southern District of Texas, using the electronic case filing system of the court.

I hereby certify that I have served a true and correct copy of the foregoing document as indicated below, on this the 2nd day of January, 2018:

Mr. Chad T. Wilson          VIA E-MAIL - cwilson@cwilsonlaw.com  
CHAD T. WILSON LAW FIRM PLLC  
455 East Medical Center Blvd.  
Suite 555  
Webster, Texas 77598

        /S/Russell J. Bowman  
        Russell J. Bowman

# EXHIBIT A