United States District Court
Southern District of Texas

**ENTERED**

February 08, 2018

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CHRISTOS AND SOFIA BAKATSAS, <br>     Plaintiffs | § § § § | |
| v. | § § | CIVIL ACTION NO. 4:18-cv-00002 |
| CENTRAL MUTUAL INSURANCE COMPANY, AND PAMELA RENEE BOONE-WALKER <br>     Defendants | § § § § | |

## <u>ORDER OF DISMISSAL</u>

After considering the joint motion of Plaintiffs, Christos and Sofia Bakatsas, ("Plaintiffs"), and Defendants, Central Mutual Insurance Company and Pamela Renee Boone-Walker ("Defendants"), to dismiss with prejudice all claims and causes of action between them, the Court finds that the motion should be granted.

It is therefore ordered that all claims which Plaintiffs, Christos and Sofia Bakatsas, asserted or could have asserted in this lawsuit against Defendants, Central Mutual Insurance Company and Pamela Renee Boone-Walker, are hereby dismissed with prejudice to the refiling of same.  It is further ordered, adjudged and decreed that all causes of action which Defendants, Central Mutual Insurance Company and Pamela Renee Boone-Walker, asserted or could have asserted in this lawsuit against Plaintiffs, Christos and Sofia Bakatsas, are hereby dismissed with prejudice to the refiling of same.

It is further ordered that as between Plaintiffs and Defendants, all costs of court are to be borne by those parties who incurred them.

Signed this ____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

/S/ Nicholas John Saranto_____
Nicholas John Saranto
ATTORNEY FOR PLAINTIFFS


/S/Russell J. Bowman_____
Russell J. Bowman
ATTORNEY FOR DEFENDANTS